STATE OF NORTH CAROLINA v. JOHN JASPER GREEN, JR.

No. 411PA88

(Filed 5 April 1989)

ON discretionary review of the decision of the Court of Appeals, 91 N.C. App. 127, 370 S.E. 2d 604 (1988), vacating the judgment entered against the defendant by *Farmer, J.*, in Superior Court, WAKE County, and remanding this case for a new trial. Heard in the Supreme Court 13 March 1989.

*Lacy H. Thornburg, Attorney General, by Robin W. Smith, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Constance H. Everhart, Assistant Appellate Defender, for the defendant-appellee.*

PER CURIAM.

Discretionary review improvidently allowed.